UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHECKERS DRIVE-IN RESTAURANTS, INC., a
Delaware corporation and CHECKERS
ADVERTISING COOPERATIVE ASSOCIATION
OF WASHINGTON, D.C., INC., a Florida
non-profit corporation,

    Plaintiff,

vs.                                        Case No. 8:04-CV-2695-T-24MSS

ADVENTURES THREE, INC., a Maryland
corporation, ROLAND J. RHAMES, an individual,
HARRIET J. WATKINS, an individual, and
CAROLE S. ANDRESS, an individual,

    Defendants.
_____/

## STIPULATED ORDER APPROVING SETTLEMENT, DISMISSING CASE WITH PREJUDICE AND RESERVING JURISDICTION TO ENFORCE TERMS

THIS CAUSE, having come before the Court on this stipulation by Plaintiffs, CHECKERS DRIVE-IN RESTAURANTS, INC. ("Checkers") and the Checkers Advertising Cooperative Association of Washington, D.C., Inc. (the "Association"), and Defendants, ADVENTURE THREE, INC. ("ATI"), ROLAND J. RHAMES ("Rhames"), HARRIET J. WATKINS ("Watkins") and CAROLE S. ANDRESS ("Andress") (ATI, Rhames, Watkins and Andress are collectively referred to herein as "Defendants"), it is hereby:

ORDERED AND ADJUDGED that the Settlement Agreement of the Parties is hereby Approved. The Parties are ordered to comply with the terms thereof, including but not limited to all post-termination obligations of the Franchise Agreement and the terms of this order.

This Court hereby reserves jurisdiction to enforce the terms of this Order. Otherwise, the case is hereby dismissed with prejudice.

DONE AND ORDERED on this ____ day of April, 2005.

_____
SUSAN C. BUCKLEW
United States District Judge

**STIPULATED AS TO FORM AND SUBSTANCE:**

| | |
|---|---|
| _____<br>Paul D. Watson<br>Florida Bar No. 957224<br>SIVYER BARLOW & WATSON, P.A.<br>100 South Ashley Drive, Suite 2150<br>Tampa, Florida 33602<br>(813) 221-4242<br>(813) 227-8598 (facsimile)<br>Attorneys for Plaintiffs | _____<br>Michael B. Colgan<br>Florida Bar No. 191383<br>GLENN RASMUSSAN FOGARTY &<br>HOOKER<br>100 South Ashley Drive, Suite 1300<br>Tampa, Florida 33602<br>(813) 229-3333<br>(813) 229-5946 (facsimile)<br>Attorneys for Defendants |

2